

# NUMBER 13-14-00721-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KEVIN DOTY,                                                **Appellant,**

v.

FIRST CITIZENS BANK AND TRUST COMPANY, INC.,       **Appellee.**

## On Appeal from the 444th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Kevin Doty, perfected an appeal from a judgment entered by the 444th District Court of Cameron County, Texas, in cause number 2014-DCL-7808-H. This cause is before the Court on appellant's motion to dismiss this appeal. According to appellant's motion, he has decided not to pursue an appeal in this matter and he therefore

requests that this Court immediately dismiss the appeal. Appellant's motion is unopposed.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
25th day of June, 2015.